RUTH BEVELACQUA et al., Respondents, and PHILIP BEVELACQUA, Plaintiff, v. GREEN BUS LINES, INC., Appellant.— Judgment for damages resulting from injuries sustained by guests in a passenger automobile when that automobile and defendant's bus collided at a street intersection, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated the 29th Day of August, 1938, for the Benefit of Certificate Holders of Guarantee Number 181,325 of Bond and Mortgage Guarantee Company, Respondent, v. ESS ESS REALTY COMPANY et al., Defendants, and LAURENS R. BOWDEN, Appellant.— Appeal by defendant Bowden from an order fixing a deficiency judgment in an action for the foreclosure of a mortgage, and from the judgment entered pursuant thereto. Order and judgment reversed on the law and the facts, with $10 costs and disbursements, and the proceeding remitted to Special Term for a rehearing. The valuations fixed by the plaintiff's witness, which were adopted *in toto* by the official referee, erroneously disregarded pertinent factors — the assessed valuations fixed by the village and the town (*Matter of Cedarhurst Gardens, Inc.*, v. *Eldred*, 266 App. Div. 1016), the undisputed Jordan sale, the value of the trees, shrubbery and landscaping, and the true character and extent of the heating and bathroom facilities. The proof in respect of the equalization tables was improperly excluded. Carswell, Johnston, Adel and Sneed, JJ., concur; Hagarty, Acting P. J., not voting.

HENRY BRYANT, Appellant, v. COUNTY OF NASSAU et al., Respondents, et al., Defendants.— Action for specific performance of an alleged oral contract for the sale of real property. Judgment dismissing the complaint on the merits, and in favor of respondent County of Nassau on its counterclaim, unanimously affirmed, without costs. No opinion. Appeal from order dismissed, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

THE KA CHAY, Respondent, v. LAMPORT COMPANY, INC., et al., Appellants, et al., Defendants.— The corporate defendants appeal from an interlocutory judgment directing them to account to plaintiff for the disposition, proceeds and fair and reasonable market value of certain merchandise. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

LOUIS B. DAILEY, Respondent, v. RALCO CONSTRUCTION CORP., Appellant.— Action to compel specific performance of a contract for the purchase of real property. Judgment of an official referee, in favor of plaintiff, and dismissing defendant's counterclaims against plaintiff, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 811.]